IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS A. BAKER, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-21-111-C |
| ) | |
| GARFIELD COUNTRY DETENTION ) | |
| FACILITY, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Green consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Green entered a Report and Recommendation on, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned recommendation of the Magistrate Judge. No point would be served in repeating that analysis. Petitioner does not specifically dispute either the factual recitation or the legal reasoning employed by the Magistrate Judge, but merely disagrees with the conclusions. There is nothing asserted by the Petitioner which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, Plaintiff's claims against Defendants Rivers and Austin LNU in their official capacities and against Defendant

Huerta are dismissed for failure to state a claim. The claim for failure to protect against Defendants Rivers and Austin LNU in their individual capacities remains. A judgment will enter at the conclusion of the case.

IT IS SO ORDERED this 27th day of July 2021.

ROBIN J. CAUTHRON
United States District Judge